**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 05-7624**

————————

LARRY D. JOHNSON,

                                    Plaintiff - Appellant,


            versus


FLORA BOYD, Administrator; KERSHAW COUNTY;
THOMAS WILLIAMS, Assistant Administrator,
Kershaw County Detention Center; STEVE
MCCASKELL, Sheriff Kershaw County; LEE BOAN,
City Investigator; THOMAS WILLIAMS, Chief
Correctional Officer; SHERIFF DEPUTY HATHWAY;
MARY ANDERSON, Correctional Officer;
CORRECTIONAL OFFICER ALEXANDER; MS. CLAXTON,
Classification Specialist; NURSE
COOK, Detention Center Medical Staff,

                                    Defendants - Appellees.



————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(CA-04-23044-6-TLW)

————————

Submitted:  June 15, 2006              Decided:  June 19, 2006

————————

Before KING, SHEDD, and DUNCAN, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Larry Johnson, Appellant Pro Se. James Miller Davis, Jr., DAVIDSON,
MORRISON & LINDEMANN, PA, Columbia, South Carolina; Donna Seegars

Givens, WOODS & GIVENS, LLP, Lexington, South Carolina; Robert Holmes Hood, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry D. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Johnson v. Boyd</u>, No. CA-04-23044-6-TLW (D.S.C. Sept. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>